OPINION — AG — ** CONSUMER CREDIT — HOT CHECKS — FEE ** THE ENACTMENT OF 14A O.S. 3-202.1 [14A-3-202.1] DOES AUTHORIZE SUPERVISED LENDERS COMING WITHIN THE REGULATION OF 14A O.S. 3-508B [14A-3-508B](3) TO ASSESS A FEE OF TEN DOLLARS ($10.00) FOR DISHONORED CHECKS. (LOANS, BOUNCED CHECKS, NEGOTIABLE ORDERS SHARE BENEFITS) CITE: 14A O.S. 1-102 [14A-1-102], 14A O.S. 3-102 [14A-3-102] 14A O.S. 3-501 [14A-3-501](1), 14A O.S. 3-501 [14A-3-501](2) 14A O.S. 3-505 [14A-3-505], 14A O.S. 3-508 [14A-3-508](B) 14A O.S. 3-508 [14A-3-508](B), 14A O.S. 3-202.1 [14A-3-202.1] (MICHAEL SCOTT FERN)